UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARY OFISI, et al.,

            Plaintiffs,

  -against-

DEFENDANT CLEARSTREAM BANKING S.A., a Luxembourg Banking Corporation, BANCA UBAE SPA, an Italian Banking Corporation, JP MORGAN CHASE BANK N. A., a United States Banking Association, CENTRAL BANK OF IRAN, a/k/a Bank Markazi, and ISLAMIC REPUBLIC OF IRAN,

            Defendants.

**ORDER**

20 Civ. 6918 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for December 17, 2020 is adjourned <u>sine die</u>.

Dated: New York, New York
       December 16, 2020

SO ORDERED.

*[signature: Paul G. Gardephe]*

Paul G. Gardephe
United States District Judge