UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARY OFISI, et al.,

            Plaintiffs

      -against-

CLEARSTREAM BANKING S.A., BANCA UBAE SPA, JP MORGAN CHASE BANK N. A., CENTRAL BANK OF IRAN, a/k/a Bank Markazi, and ISLAMIC REPUBLIC OF IRAN,

            Defendants.

No. 20 Civ. 6918 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

    Counsel for plaintiffs shall inform the Court by letter no later than February 19, 2021 of the status of the action, including with respect to service of the complaint. See Fed. R. Civ. P 4(m).

**SO ORDERED.**

Dated:    New York, New York
           February 12, 2021

_____
LORETTA A. PRESKA
Senior United States District Judge

1