UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARY OFISI, et al.,<br><br>                Plaintiffs,<br><br>-against-<br><br>CLEARSTREAM BANKING, S.A.,<br>BANCA UBAE SpA, JP MORGAN CHASE<br>BANK, N.A., CENTRAL BANK OF<br>IRAN, a/k/a BANK MARKAZI, and<br>ISLAMIC REPUBLIC OF IRAN,<br><br>                Defendants. | No. 20 CV 6918 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

    On April 19, 2021, Banca UBAE SpA filed a motion to dismiss the complaint in this action as against it pursuant to Federal rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction.  (Dkt. no. 25.)  In requesting leave to file that motion, Banca UBAE acknowledged that issues in this case overlapped with issues currently pending in <u>Peterson v. Islamic Republic of Iran</u>, No. 13-cv-9195 (<u>Peterson II</u>) and stated that, if the Court issued a ruling in <u>Peterson II</u>, the parties would confer and determine the impact of the Court's ruling on this case.  (Dkt. no. 23.)  The Court has issued a ruling in <u>Peterson II</u>.  The parties are directed to confer and inform the Court how they wish to proceed in light of that ruling by March 27, 2023.

**SO ORDERED.**

Dated:    March 22, 2023
          New York, New York

_____
LORETTA A. PRESKA
Senior United States District Judge