UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FIONA HAVLISH, et al.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CLEARSTREAM BANKING S.A., et al.,<br><br>                 Defendants. | CASE NO.: 16-CV-8075 (LAP) |
| DEBORAH PETERSON, et al.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>ISLAMIC REPUBLIC OF IRAN, et al.,<br><br>                 Defendants. | CASE NO.: 13-CV-9195 (lap) |
| MARY OFISI, et al.,<br><br>                 Plaintiffs,<br><br>        v.<br><br>CLEARSTREAM BANKING S.A., et al.,<br><br>                 Defendants. | CASE NO.: 20-cv-6918 (LAP) |

**AMENDED CASE MANAGEMENT AND SCHEDULING ORDER**

    WHEREAS, the Court entered a Scheduling Order on August 9, 2023, the Court entered its first Case Management and Scheduling Order in *Havlish v. Clearstream Banking, S.A.*, Case

No. 16-cv-8075); *Peterson v. The Islamic Republic of Iran*, Case No. 13-cv-9195; and *Ofisi v. Clearstream Banking, S.A.*, Case No. 20-cv-6918 (collectively, the "Cases"); and

WHEREAS, although the Cases are not consolidated, the plaintiff in those matters (collectively, the "Plaintiff Groups") have each filed similar claims seeking recovery of assets held by Bank Markazi at Clearstream Banking, S.A.; and

WHEREAS, the Plaintiff Groups and UBAE have coordinated discovery and have been exchanging documents;

WHEREAS, counsel for the Plaintiff Groups and UBAE have conferred and agreed that additional time is needed to complete fact and expert witness discovery and have proposed this Amended Case Management and Scheduling Order pursuant to Fed. R. Civ. P. 16 and 26(f);

NOW THEREFORE IT IS HEREBY ORDERED, upon good cause shown, that:

1. The deadline for completing fact discovery shall be July 17, 2025.

2. The deadline for each party to serve its initial expert report(s) pursuant to Fed. R. Civ. P. 26(a)(2) shall be September 15, 2025.

3. The deadline for each party to serve any rebuttal expert report(s) shall be October 29, 2025.

4. The deadline for completing all expert discovery, including any depositions of any party's expert(s), shall be December 1, 2025.

5. The deadline for any party to file a motion for summary judgment shall be 60 days after the close of expert discovery.

6. The deadline for any party to file an opposition to a motion for summary judgment shall be 30 days after the motion for summary judgment is filed.

7. The deadline for any party to file a reply to an opposition to that party's motion for summary judgment shall be 14 days after the opposition to the motion for summary judgment is filed.

8. The parties shall submit a Joint Pretrial Order prepared in accordance with Fed. R. Civ. P. 26(a)(3) and the Court's Individual Practices within thirty (30) days of a decision on a motion for summary judgment. If no motion for summary

judgment is filed, the parties shall file the Joint Pretrial Order within forty-five (45) days of the close of discovery.

9. All filings due under Section 3.B. of the Court's Individual Practices, including any motions in limine, shall be made within thirty (30) days after the filing of the Joint Pretrial Order.

10. All motions and applications shall be governed by the Court's Individual Practices.

SO ORDERED: November 14, 2024

_Loretta A. Presley_
Loretta A. Preska, U.S.D.J.